**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charles T. Cox** | : | Case No. 11–27294–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| U.S. Bank N.A., as Indenture Trustee o/b/o the | : | |
| holders of the Terwin Mortgage Trust 2006–1, | : | |
| Asset–Backed Securities, TMTS S.2006–1 As | : | Related to Claim No. 1 |
| Serviced by Specialized Loan Servicing LLC | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Charles T. Cox | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **7th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank N.A., as Indenture Trustee o/b/o the holders of the Terwin Mortgage Trust 2006–1, Asset–Backed Securities, TMTS S.2006–1 As Serviced by Specialized Loan Servicing LLC* at Claim No. 1 in the above–captioned bankruptcy case,

It is hereby **ORDERED** that **on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 11-27294-JAD
Charles T. Cox                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy             Page 1 of 1             Date Rcvd: Oct 07, 2016
                              Form ID: 237           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2016.
```
db          +Charles T. Cox,    47 Grant Street,    Etna, PA 15223-1841
cr          +US BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    US Bank N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor Charles T. Cox garyshortlegal@gmail.com,
               gwshort@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```