2/9/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 11-27294-JAD |
| Charles T. Cox | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Doc. 94 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | Related To Doc. No. 93 |
| Vs. | ) | |
| Charles T. Cox | ) | |
| | ) | |
| Respondent(s) | ) | |

### NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case. If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **April 05, 2017 at 10:00 a.m. before Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **March 01, 2017.**

| | |
|---|---|
| 2/09/17 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 11-27294-JAD
Charles T. Cox                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2           Date Rcvd: Feb 10, 2017
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.
```
db             +Charles T. Cox,    47 Grant Street,    Etna, PA 15223-1841
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +US BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +US Bank N.A.,    9441 LBJ Freeway Suite 250,    Dallas, TX 75243-4640
13244903        Direct Buy,    1906 Thomson Park Drive,    Cranberry Townsh, PA  16066
13244904       +Direct Buy,    5072 William Penn Highway,    Monroeville, PA 15146-3740
13244906       +Equitable Gas Company,    Box 371820,    Pittsburgh, PA 15250-7820
13244907        Etna Borough,    1 Clark Way,    Pittsburgh, PA  15223
13244911       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13273859       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13244914       +T-Mobile,    c/o Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13244913       +The Sportsmans Guide,    c/o Pinnacle Financial GRO,    7825 Washington Avenue,
                 Minneapolis, MN 55439-2430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13289881        E-mail/Text: legal-compliance@directbuy.com Feb 11 2017 06:23:50     Beta Finance Co Inc,
                 P.O. Box 6000,    Crown Point IN 46308-6000
13326332       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 11 2017 06:24:28     Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13244905       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 11 2017 06:24:27     Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13313221        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2017 06:24:14     DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13288651        E-mail/Text: ebn@vativrecovery.com Feb 11 2017 06:23:56     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13244908       +E-mail/Text: hwalz@pghffcu.com Feb 11 2017 06:23:50     Pittsburgh Firefighters FCU,
                 500 S Main St # 8577,    Pittsburgh, PA 15220-5402
13244909       +E-mail/Text: bankruptcydepartment@tsico.com Feb 11 2017 06:24:22     Progressive Insuranc,
                 c/o NCO Fin/99,    POB 15636,    Wilmington, DE 19850-5636
13301444        E-mail/PDF: cbp@onemainfinancial.com Feb 11 2017 04:44:06     SPRINGLEAF FINANCIAL SERVICES,
                 3274 BABCOCK BLVD STE 4,    PITTSBURGH PA 15237-2811
13244912        E-mail/PDF: cbp@onemainfinancial.com Feb 11 2017 04:51:31     Springleaf Financial S,
                 4771 Mcknight Rd Ste 302,    Pittsburgh, PA  15237
13244910       +E-mail/Text: banko@berkscredit.com Feb 11 2017 06:23:56     Seneca Area Ems,    c/o BERKS CC,
                 POB 329,    Temple, PA 19560-0329
13244915       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 11 2017 06:24:09     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
13289302*       Palisades Acquisition IX, LLC,    Vativ Recovery Solutions LLC, dba SMC,
                  As Agent For Palisades Acquisition IX, L,    PO Box 40728,    Houston TX 77240-0728
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch               Page 2 of 2            Date Rcvd: Feb 10, 2017
                              Form ID: pdf900          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    US Bank N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor Charles T. Cox garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```