# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | CHARLES T. COX |
| **Case Number:** | 11-27294-JAD     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 05, 2017 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Hearing on Trustee's Motion To Dismiss filed by Ronda J. Winnecour, Chater 13 Trustee - Answer filed by Debtor 3/2/2017 at Doc. No. 97  [Due 3/1/2017]

R / M #:  93 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  GARY W. SHORT, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
       ✓ For At Least  30  Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at _____
       _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order -  NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
4/6/17 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA