# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Bankruptcy No. 11-27294 JAD |
| Charles T. Cox, | ) Chapter 13 |
|     Debtor, | ) Docket No. |
| Gary W. Short, | ) |
|     Movant, | ) Hearing Date and Time: |
| vs. | ) May 31, 2017 at 9:30 a.m. |
| Ronda J. Winnecour, Trustee, | ) Responses Due: April 26, 2017 |
|     Respondent. | ) |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 8, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than April 26, 2017.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 27, 2017        /s/ Gary W. Short
                                        Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                        212 Windgap Road, Pittsburgh, PA 15237
                                        Tele. (412) 765-0100 / Fax (412) 536-3977
                                        E-mail garyshortlegal@gmail.com

pdfr