## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

*************************************************************************

| | |
|---|---|
| IN RE: ) | |
|     COX CHARLES T. ) | BK. 11-27294-JAD, |
| ) | |
| ) | Chapter 13 |
|     DEBTOR ) | |
| ) | |

*************************************************************************

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #10)

Etna Borough ("Borough") filed a claim on April 20, 2017 in the above-captioned case. The Borough hereby withdraws this claim as such claim was filed in error. Such withdrawal shall have no impact on any other proof(s) of claim filed by the Borough in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

_____
Jayson J. Lawson, Esquire
PA I.D. No. 200084
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
jjlawson@keystonecollects.com
Attorney for Etna Borough