IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **CHARLES T. COX,** | : | Bankruptcy No. 11-27294-JAD |
| Debtor. | : | Chapter 13 |
| **RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** | : | |
| Movant, | : | |
| v. | : | Doc. No. 109 |
| **CHARLES T. COX,** | : | Related To Doc. No. 93 |
| Respondent. | : | |

# ORDER

**AND NOW**, this **23rd** day of **May**, 2017, **IT APPEARING TO THE COURT** that the Movant has filed a **Withdrawal of Trustee's Motion** at **Doc. No. 109** in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. No. 93 IS DENIED AS WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing regarding **Doc. No. 93** - **Trustee's Motion To Dismiss** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for **Friday, May 31, 2017**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, **IS HEREBY CANCELLED**.

_____
Jeffery A. Deller    mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
5/23/17 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 11-27294-JAD
Charles T. Cox                                                          Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                  Page 1 of 2                  Date Rcvd: May 23, 2017
                               Form ID: pdf900             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db             +Charles T. Cox,    47 Grant Street,    Etna, PA 15223-1841
cr             +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,     Dallas, TX 75254-7883
cr             +US BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,     Dallas, TX 75254-7883
cr             +US Bank N.A.,    9441 LBJ Freeway Suite 250,    Dallas, TX 75243-4640
13244903        Direct Buy,    1906 Thomson Park Drive,    Cranberry Townsh, PA 16066
13244904       +Direct Buy,    5072 William Penn Highway,    Monroeville, PA 15146-3740
13244906       +Equitable Gas Company,    Box 371820,   Pittsburgh, PA 15250-7820
13244907        Etna Borough,    1 Clark Way,   Pittsburgh, PA 15223
14406996       +Etna Borough,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13244911       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13273859       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13244914       +T-Mobile,   c/o Debt Recovery Solution,     900 Merchants Concourse,    Westbury, NY 11590-5142
13244913       +The Sportsmans Guide,    c/o Pinnacle Financial GRO,    7825 Washington Avenue,
                 Minneapolis, MN 55439-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13289881        E-mail/Text: legal-compliance@directbuy.com May 24 2017 01:28:50     Beta Finance Co Inc,
                 P.O. Box 6000,    Crown Point IN 46308-6000
13326332       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 24 2017 01:29:55     Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13244905       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 24 2017 01:29:55     Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13313221        E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2017 01:29:32     DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-9617
13288651        E-mail/Text: ebn@vativrecovery.com May 24 2017 01:28:57     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,   Houston TX 77240-0728
13244908       +E-mail/Text: hwalz@pghffcu.com May 24 2017 01:28:50     Pittsburgh Firefighters FCU,
                 500 S Main St # 8577,    Pittsburgh, PA 15220-5402
13244909       +E-mail/Text: bankruptcydepartment@tsico.com May 24 2017 01:29:49     Progressive Insuranc,
                 c/o NCO Fin/99,   POB 15636,    Wilmington, DE 19850-5636
13301444        E-mail/PDF: cbp@onemainfinancial.com May 24 2017 01:24:09     SPRINGLEAF FINANCIAL SERVICES,
                 3274 BABCOCK BLVD STE 4,    PITTSBURGH PA 15237-2811
13244912        E-mail/PDF: cbp@onemainfinancial.com May 24 2017 01:24:01     Springleaf Financial S,
                 4771 Mcknight Rd Ste 302,    Pittsburgh, PA  15237
13244910       +E-mail/Text: banko@berkscredit.com May 24 2017 01:28:57     Seneca Area Ems,   c/o BERKS CC,
                 POB 329,   Temple, PA 19560-0329
13244915       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 24 2017 01:29:17     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                               TOTAL: 11

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
13289302*       Palisades Acquisition IX, LLC,   Vativ Recovery Solutions LLC, dba SMC,
                 As Agent For Palisades Acquisition IX, L,   PO Box 40728,   Houston TX 77240-0728
                                                                                     TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: May 23, 2017
                              Form ID: pdf900         Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor     US Bank N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short     on behalf of Debtor Charles T. Cox garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft     on behalf of Debtor Charles T. Cox pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                           TOTAL: 8
```