**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Charles T. Cox**
  Debtor(s)

Bankruptcy Case No.: 11−27294−JAD
Doc. No. 112
Chapter: 13
Docket No.: 113 − 112

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this 28th day of June, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/17/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **7/26/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/17/17.**

                                                         Jeffery A. Deller
                                                         United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 11-27294-JAD
Charles T. Cox                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch                Page 1 of 2          Date Rcvd: Jun 28, 2017
                              Form ID: 408              Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
```
db             +Charles T. Cox,    47 Grant Street,    Etna, PA 15223-1841
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +U.S. BANK NATIONAL ASSOCIATION,     14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +US BANK NATIONAL ASSOCIATION,      14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +US Bank N.A.,    9441 LBJ Freeway Suite 250,    Dallas, TX 75243-4640
13244904       +Direct Buy,    5072 William Penn Highway,    Monroeville, PA 15146-3740
13244903        Direct Buy,    1906 Thomson Park Drive,    Cranberry Townsh, PA  16066
13244906       +Equitable Gas Company,    Box 371820,    Pittsburgh, PA 15250-7820
13244907        Etna Borough,    1 Clark Way,    Pittsburgh, PA  15223
14406996       +Etna Borough,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13244911       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13273859       +Specialized Loan Servicing LLC,     8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13244914       +T-Mobile,    c/o Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13244913       +The Sportsmans Guide,    c/o Pinnacle Financial GRO,    7825 Washington Avenue,
                 Minneapolis, MN 55439-2430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13289881        E-mail/Text: legal-compliance@directbuy.com Jun 29 2017 00:57:08      Beta Finance Co Inc,
                 P.O. Box 6000,    Crown Point IN 46308-6000
13326332       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 29 2017 00:58:58      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13244905       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 29 2017 00:58:58      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13313221        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 29 2017 00:58:26      DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13288651        E-mail/Text: ebn@vativrecovery.com Jun 29 2017 00:57:24      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13244908       +E-mail/Text: hwalz@pghffcu.com Jun 29 2017 00:57:08      Pittsburgh Firefighters FCU,
                 500 S Main St # 8577,    Pittsburgh, PA 15220-5402
13244909       +E-mail/Text: bankruptcydepartment@tsico.com Jun 29 2017 00:58:46      Progressive Insuranc,
                 c/o NCO Fin/99,    POB 15636,    Wilmington, DE 19850-5636
13301444        E-mail/PDF: cbp@onemainfinancial.com Jun 29 2017 00:51:18      SPRINGLEAF FINANCIAL SERVICES,
                 3274 BABCOCK BLVD STE 4,    PITTSBURGH PA 15237-2811
13244912        E-mail/PDF: cbp@onemainfinancial.com Jun 29 2017 00:51:03      Springleaf Financial S,
                 4771 Mcknight Rd Ste 302,    Pittsburgh, PA  15237
13244910       +E-mail/Text: banko@berkscredit.com Jun 29 2017 00:57:23      Seneca Area Ems,    c/o BERKS CC,
                 POB 329,    Temple, PA 19560-0329
13244915       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 29 2017 00:58:00      U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
13289302*       Palisades Acquisition IX, LLC,    Vativ Recovery Solutions LLC, dba SMC,
                 As Agent For Palisades Acquisition IX, L,    PO Box 40728,    Houston TX 77240-0728
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                Page 2 of 2            Date Rcvd: Jun 28, 2017
                              Form ID: 408              Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    US Bank N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor Charles T. Cox garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Debtor Charles T. Cox pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```