**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES T. COX<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:11-27294 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/02/2011  and confirmed on 1/20/12 .  The case was subsequently             Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,809.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,809.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,874.46 | |
|    Trustee Fee | 3,217.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,091.78 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4743 | | | | |
|   PITTSBURGH FIREFIGHTERS F.C.U. | 8,000.00 | 8,000.00 | 1,438.89 | 9,438.89 |
|     Acct: 6313 | | | | |
|   US BANK NA TRUSTEE | 0.00 | 50,688.04 | 0.00 | 50,688.04 |
|     Acct: 4743 | | | | |
|   US BANK NA TRUSTEE | 10,301.66 | 10,301.66 | 0.00 | 10,301.66 |
|     Acct: 4743 | | | | |
| | | | | 70,428.59 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES T. COX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 2,896.00 | 2,896.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 1,599.75 | 1,599.75 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX-13) | | | | |
|   GARY W SHORT ESQ | 1,640.40 | 1,378.71 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-17 | | | | |
|   EQUITABLE GAS CO (*) | 0.00 | 12,288.63 | 0.00 | 12,288.63 |
|     Acct: 7564 | | | | |
|   ETNA BOROUGH (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1470 | | | | |
|   ETNA BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2976 | | | | |
|   ETNA BOROUGH (WATER/SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3729 | | | | |
| | | | | 12,288.63 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 7,431.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   BETA FINANCE CO INC | 2,484.52 | 0.00 | 0.00 | 0.00 |

11-27294 JAD                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2417 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ETNA BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH FIREFIGHTERS F.C.U. | 3,266.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6313 | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8435 | | | | |
| SENECA AREA EMERGENCY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4847 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC( | 3,056.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1914 | | | | |
| PINNACLE FINANCIAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8768 | | | | |
| T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8261 | | | | |
| PALISADES ACQUISITION/PALISADES CL | 179.41 | 0.00 | 0.00 | 0.00 |
| Acct: 8987 | | | | |
| PALISADES ACQUISITION/PALISADES CL | 56.08 | 0.00 | 0.00 | 0.00 |
| Acct: 8989 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 489.03 | 0.00 | 0.00 | 0.00 |
| Acct: 2365 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                       82,717.22

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 18,301.66 |
| SECURED | 16,964.63 |

Date: 06/27/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CHARLES T. COX

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:11-27294 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 11-27294-JAD
Charles T. Cox                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch              Page 1 of 2        Date Rcvd: Jun 28, 2017
                            Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.

```
db          +Charles T. Cox,    47 Grant Street,    Etna, PA 15223-1841
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +US BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +US Bank N.A.,   9441 LBJ Freeway Suite 250,    Dallas, TX 75243-4640
13244904    +Direct Buy,    5072 William Penn Highway,    Monroeville, PA 15146-3740
13244903     Direct Buy,    1906 Thomson Park Drive,    Cranberry Townsh, PA  16066
13244906    +Equitable Gas Company,    Box 371820,    Pittsburgh, PA 15250-7820
13244907     Etna Borough,    1 Clark Way,    Pittsburgh, PA  15223
14406996    +Etna Borough,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13244911    +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13273859    +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,
              Highlands Ranch, Colorado 80129-2386
13244914    +T-Mobile,    c/o Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13244913    +The Sportsmans Guide,    c/o Pinnacle Financial GRO,    7825 Washington Avenue,
              Minneapolis, MN 55439-2430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13289881     E-mail/Text: legal-compliance@directbuy.com Jun 29 2017 00:57:08      Beta Finance Co Inc,
              P.O. Box 6000,    Crown Point IN 46308-6000
13326332    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 29 2017 00:58:53      Duquesne Light Company,
              c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13244905    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 29 2017 00:58:53      Duquesne Light Company,
              411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13313221     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 29 2017 00:58:22      DENOVUS CORPORATION LTD,
              c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13288651     E-mail/Text: ebn@vativrecovery.com Jun 29 2017 00:57:24      Palisades Acquisition IX, LLC,
              Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
              PO Box 40728,    Houston TX 77240-0728
13244908    +E-mail/Text: hwalz@pghffcu.com Jun 29 2017 00:57:08      Pittsburgh Firefighters FCU,
              500 S Main St # 8577,    Pittsburgh, PA 15220-5402
13244909    +E-mail/Text: bankruptcydepartment@tsico.com Jun 29 2017 00:58:44      Progressive Insuranc,
              c/o NCO Fin/99,    POB 15636,    Wilmington, DE 19850-5636
13301444     E-mail/PDF: cbp@onemainfinancial.com Jun 29 2017 00:51:02      SPRINGLEAF FINANCIAL SERVICES,
              3274 BABCOCK BLVD STE 4,    PITTSBURGH PA 15237-2811
13244912     E-mail/PDF: cbp@onemainfinancial.com Jun 29 2017 00:51:18      Springleaf Financial S,
              4771 Mcknight Rd Ste 302,    Pittsburgh, PA  15237
13244910    +E-mail/Text: banko@berkscredit.com Jun 29 2017 00:57:23      Seneca Area Ems,    c/o BERKS CC,
              POB 329,    Temple, PA 19560-0329
13244915    +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 29 2017 00:58:00      U. S. Trustee's Office,
              1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
13289302*        Palisades Acquisition IX, LLC,    Vativ Recovery Solutions LLC, dba SMC,
                  As Agent For Palisades Acquisition IX, L,    PO Box 40728,    Houston TX 77240-0728
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2                  User: msch                     Page 2 of 2                  Date Rcvd: Jun 28, 2017
                                      Form ID: pdf900                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    US Bank N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor Charles T. Cox garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Debtor Charles T. Cox pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```